JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Massachusetts   **Category No.** II   **Investigating Agency** FBI
**City** Boston
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  23-7358, 23-7359
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Information:**
Defendant Name  Xiao Zhang   Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes ☑ No
Alias Name: _____
Address: _____
Birth date (Yr only): 1990   SSN (last 4#): _____   Sex: M   Race: Asian   Nationality: China
Defense Counsel if known: _____   Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Timothy H. Kistner   Bar Number if applicable: 690534
Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____
Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No
Matter to be SEALED: ☑ Yes ☐ No
☑ Warrant Requested   ☐ Regular Process   ☐ In Custody
Location Status: China
Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

Charging Document:  ☐ Complaint   ☐ Information   ☑ Indictment
Total # of Counts:  ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 31, 2024   Signature of AUSA: *[signature] Timothy Kistner*

**District Court Case Number**   (To be filled in by deputy clerk):  _____

**Name of Defendant**   <u>Xiao Zhang</u>

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1: 18 USC 1832 | Theft of Trade Secrets | 1 |
| Set 2: | | |
| Set 3: | | |
| Set 4: | | |
| Set 5: | | |
| Set 6: | | |
| Set 7: | | |
| Set 8: | | |
| Set 9: | | |
| Set 10: | | |
| Set 11: | | |
| Set 12: | | |
| Set 13: | | |
| Set 14: | | |
| Set 15: | | |

**ADDITIONAL INFORMATION:**